UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                                                               **NO. 3:04CR-83-R**

**REGINALD RICE**                                                                                    **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter came before the Court on November 5, 2007, for arraignment on the Superseding Information. Counsel, on behalf of the defendant, acknowledged his identity, waived formality of arraignment, and entered a plea of not guilty.

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Amy Sullivan, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Official Court Reporter. The Defendant, Reginald Rice, by consent and with Scott Cox and Mark Chandler, retained counsel, appeared in open court on November 5, 2007, and entered a plea of guilty as to Count 1 and agreed to forfeiture under Count 2 of the Superseding Information  pursuant to a Rule 11 ( c ) (1)( c) plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the Superseding  Information, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned

recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty as to Count 1 in the Superseding Information and have sentence imposed accordingly.

Sentencing is hereby scheduled for **February 20, 2008 at 12:00 p.m.** before the Honorable Thomas B. Russell, United States District Court Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall **remain** on the terms and conditions of his present bond.

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

20