UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**V.**                                                          **CRIMINAL ACTION NO.3:04CR-83-R**

**REGINALD RICE**                                                                          **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the Defendant as to Count 1 in the Superseding Information is hereby accepted, and the Defendant is adjudged guilty of such offense.

Sentencing is hereby scheduled for **February 20, 2008 at 12:00 p.m.**, before the Honorable Thomas B. Russell, Judge United States District Court.

Copies to: U.S. Attorney
U.S. Marshal
U.S. Probation
Counsel of Record